**DISMISS; and Opinion Filed September 18, 2015.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00985-CR

**RANDY LOPEZ MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-22077-S**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Brown, and Schenck

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

150985F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

RANDY LOPEZ MILLS, Appellant

No. 05-15-00985-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-22077-S.
Opinion delivered per curiam before Justices Lang-Miers, Brown, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 18th day of September, 2015.